AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

Western **DISTRICT OF** Texas

UNITED STATES OF AMERICA
V.
Freddie Figueroa Nieto

**WARRANT FOR ARREST**

CASE NUMBER: A-09-M-709(3)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Freddie Figueroa Nieto
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly, intentionally, and unlawfully conspire with others known and unknown to possess with the intent to distribute a controlled substance, to wit: Cocaine.

in violation of Title   21   United States Code, Section(s)   841(a)(1) and 846

Robert Pitman                                United States Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer
[signature]                                  October 17, 2009
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |