# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | |
| vs. | § § | NO:   AU:09-M -00709(3) |
| **(3) Freddie Figueroa Nieto** | § § | |

### LIST OF WITNESSES FOR PRELIMINARY/DETENTION HEARING 11/02/09

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1.  Joe Lorett | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |